### 26403. SMITH *v.* THE STATE.

GUERRY, J. No error of law is complained of, and the evidence supports the verdict. The judge did not err in overruling the motion for new trial.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED SEPTEMBER 9, 1937.

*F. L. Clements,* for plaintiff in error.
*O. L. Long, solicitor,* contra.

### 26407. STREETER *v.* THE STATE.

BROYLES, C. J. 1. The defendant (a woman) was charged with murder, and was convicted of voluntary manslaughter. Her statement to the jury and the testimony of some of her witnesses tended to show that the deceased was a violent and turbulent man, and put in issue his character as to peaceableness and violence. Therefore the court did not err in subsequently allowing the solicitor-general to introduce evidence tending to show the good character of the deceased as to peaceableness and violence. See *Crawley* v. *State,* 137 *Ga.* 777, 778 (74 S. E. 537).

2. The remaining special assignments of error are without substantial merit; and the verdict was amply authorized by the evidence.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED SEPTEMBER 9, 1937.

*Kelley & Dickerson,* for plaintiff in error.
*John S. Gibson, solicitor-general,* contra.